# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | **DEFENDANT'S SENTENCING** |
| vs. | ) | **MEMORANDUM** |
| | ) | |
| | ) | **Docket No. 0101 1:19CR10085-1** |
| Fortune Aikorogie | ) | |
| | ) | |

Now comes the Defendant, Fortune Aikorogie, and through his counsel submits the following Memorandum to assist the Court in reaching a fair and appropriate disposition in the case.[1] This memorandum is submitted not to contradict or vary any of the findings made by the Probation Officer but rather to give the court some additional facts that exist in this situation.

<u>THE TIME LINE</u>

On December 21, 2016 Mr. Aikorogie was first approached by two Lawrence Police Officers. After a brief interaction Mr. Aikorogie was asked to come to the Lawrence Police Station the next day for a formal interview. He complied with that request and on December 22, 2016 he went to the Lawrence Police Station where he was interviewed by a Lawrence Police Detective and a special agent of the U.S. State Department. He confessed. He was arrested. The next morning, December 23, 2016, he appeared in Lawrence District Court and was arraigned. Mr. Aikorogie retained counsel (Attorney Robert Lewin who is also his counsel in Federal Court). Mr. Aikorogie and Attorney Lewin wens through court proceedings in the state court and on June 1, 2017 the state court proceedings were dismissed when the Commonwealth declined to go forward. Twenty months and seven days later on March 7, 2019 the instant indictment was returned in Federal Court. Mr. Aikorogie was subsequently

---

[1] Defense Counsel and Mr. Aikorogie have reviewed the comprehensive final presentence investigation report submitted by U.S. Probation Officer Ryan Fox and the Defense has no objections to any of the report. The report reflects Officer Fox's skill and diligence.

arrested and he was arraigned in Federal Court on March 15, 2019. The case is now before the Court

for sentencing almost 4 years[2] after the date of his original arrest at the Lawrence Police Station. Mr.

Aikorogie and subsequently his wife have lived in the shadow of this case for all that time. The stress

on both of them has been dramatic.

## FAMILY LIFE

Mr. and Mrs. Aikorogie have a good family life. They are very much in love with one another;

they are each very supportive of the other. There is absolutely no issue of domestic violence in their

relationship. Neither alcohol nor drugs play any part in either of their lives. One child has been born of

the marriage, a son Nathaniel, who is now age 17 months. Mr. and Mrs. Aikorogie were expecting a

second child but Mrs. Aikorogie suffered a miscarriage on September 28, 2020. The miscarriage has

been emotionally very difficult for Mrs. Aikorogie.

Mr. Aikorogie has a second child, another son named Ezekiel who is age 7 who lives with his

Mother in Maine. Prior to the coronavirus pandemic Mr. Aikorogie would visit with his son in person

frequently. With the pandemic Mr. Aikorogie has *daily Facetime* visits with Ezekiel.

Attached to this Memorandum are photos of Mr. Aikorogie and his two sons. The prospect

that these two young children of African-American heritage will be without the love, care, and support

of their father if he is incarcerated is both troubling and frightening[3]. Likewise, the emotional toll upon

Mrs. Aikorogie will be dramatic.


## EMPLOYMENT

Mr. Aikorogie works two jobs: (1) He is employed by the Commonwealth of Massachusetts,

Department of Mental Health (DMH), as a mental health counselor for adults with mental illness. He

---

[2] To be exact 3 years, 11 months, and 12 days from his arrest in Lawrence.
[3] Mr. Aikorogie readily acknowledges that it was *his* conduct that has created this dilemma.

works forty (40) hours per week at this job at a facility in Andover, MA. (2) He is also employed by

Eliot Community Health Services as a mental health counselor for young adults with mental illness.

He works fifty (50) hours per week at this job at a facility in Ipswich, MA. Mr. Aikorogie has been

working full time at both jobs throughout the coronavirus pandemic. Two photos of Mr. Aikorogie at

work are attached to this Memorandum. The earnings from his two jobs keep the family housed and

fed. Throughout all these court proceedings going back to his arrest in December of 2016 Mr.

Aikorogie has worked. Even with the coronavirus pandemic Mr. Aikorogie has continued to work

with a diverse population of clients – putting himself at risk of catching the virus to treat those with

greater needs. The prospect of his family losing the financial support provided by the 90 hours he

works each week if he is incarcerated is both troubling and frightening.[4]


RECOMMENDATION

Giving due consideration to the guidelines and also giving due consideration to the purposes

of imposing punishments in criminal cases and also giving due consideration to the social and

economic consequences discussed above, the Defense is asking the court to fashion a disposition that

does not involve incarceration. The defense would suggest that there is no evidence that Mr.

Aikorogie at this time poses a risk to the safety of the community or any specific member of the

community such as would warrant his removal from the community.[5] If he is incarcerated he will lose

both jobs and financially his family would collapse. In addition his two young children would be left

fatherless. Lastly, if he is not incarcerated he can make payments toward the restitution on a regular

monthly basis.

---

[4] Again, Mr. Aikorogie readily acknowledges that it was *his* conduct that has created this dilemma.
[5] He has been free in the community without any law violations since December 2016.

Specifically, the Defense is recommending that he be sentenced to time served and be placed on Supervised Release for a period of 5 years with an order of restitution in the amount of $66,767.50 and a special assessment of $700.00.


November 25, 2020                          Fortune Aikorogie, Defendant
                                           By His Attorney:


                                           *Robert D. Lewin, Esq.*
                                           Robert D. Lewin, Esq.
                                           LEWIN & LEWIN, ATTORNEYS
                                           18 Kathleen Drive
                                           Andover, MA 01810
                                           Tel. (Landline) 978-258-3520
                                           Cell/Text: 617-694-8939
                                           Fax:    978-258-4565
                                           Email: attylewin@netzero.net

<u>**Certificate of Service**</u>

I certify that this document with its attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on November 30, 2020.


                                           *Robert D. Lewin, Esq.*
                                           Robert D. Lewin, Esq.